# AFFIDAVIT OF COMPLAINT

**DEFENDANT:** TRISTIAN JAMES HALL (ALIAS) - IDN 1024723

**AFFIANT:** SHAUN SAKOVICH - IDN 1074983

THE AFFIANT, AFTER FIRST BEING DULY SWORN ACCORDING TO LAW, STATES THAT A CRIMINAL OFFENSE HAS BEEN COMMITTED IN KNOX COUNTY, TENNESSEE, BY THE DEFENDANT. FURTHER, AFFIANT MAKES OATH THAT THE ESSENTIAL FACTS CONSTITUTING THE SAID OFFENSE ARE AS FOLLOWS:

THE DEFENDANT COMMITTED THE OFFENSE OF HARASSMENT, IN VIOLATION OF TCA SECTION 39-17-308. THIS INCIDENT OCCURRED ON OR ABOUT TUESDAY, JULY 28, 2020 AT 12:26 AT 6619 CREEKHEAD DRIVE.

ON 07-28-20 AT ABOUT 12:26 PM AT 6619 CREEKHEAD DRIVE, VICTIM, LAUREN FRONTE, WAS HARASSED WHEN SHE RECEIVED A TEXT MESSAGE FROM DEFENDANT/EX-BOYFRIEND, TRISTAN HALL. LAUREN REPORTED THAT SHE WAS HAVING A TEXT CONVERSATION WITH TRISTAN WHEN SHE TOLD HIM, TRISTAN WERE NOT TOGETHER I GOT A NUDE YOURE YOUR NEW GF JUST MOVE ON AND STOP CONTACTING ME. LAUREN REPORTED THAT TRISTAN THEN SENT HER THREE TEXT MESSAGES, WHICH CAUSED HER EMOTIONAL DISTRESS, AND THAT SHE FELT IT WAS A THREAT TO HER SAFETY. THE TEXT MESSAGES READ; OKAY. ILL MAKE THIS SIMPLE. I KNOW HE TOOK THE WEEKEND OFF. I KNOW IT WAS HIM. AND YOU EITHER ADMIT IT OR THIS WILL ESCALATE. IT IS SO FUCKED UP THAT I JUST WANT YOU TO ADMIT IT IT MAKES EVERYTHING YOU FAULT- AND THEN IM DONE. OTHERWISE THIS WILL ESCALATE. AND HANNAH AND EVERYTHING ELSE CAME AFTER THE TRUCK! SO JUST FUCKING ADMIT IT AND OKAY. IM DONE. FUCK YOU. HERES MY ADVICE: DO NOT GO TO ANY BAR OR RESTAURANT IN KNOXVILLE FOR A LONG TIME. PEOPLE HATE YOU NOW. AND IT WILL GET WORSE. THIS DID HAPPEN IN KNOXVILLE, KNOX COUNTY, TN. A CITATION WAS NOT ISSUED BECAUSE LIKELY THE OFFENSE WILL CONTINUE.

SHAUN SAKOVICH, AFFIANT

800 HOWARD BAKER JR DR, KNOXVILLE, TN 37915
Phone #: (865) 215-7000

Personally sworn to and subscribed by the affiant before me this 31st day of July, 2020.

SHARON D FRANKENBERG, Magistrate

## ARREST WARRANT @1366954

**TO THE DEFENDANT:**
Tristian James Hall (ALIAS), based on the affidavit of complaint filed in this case, there is probable cause to believe that, in violation of T.C.A. §39-17-308, you have committed the offense of HARASSMENT, Class A Misdemeanor.

**TO THE LAWFUL OFFICER:**
You are therefore commanded in the name of the State of Tennessee to immediately arrest the defendant named above and bring the defendant to this court to answer the charges.

Issued this 31st day of July, 2020.

SHARON D FRANKENBERG, Magistrate

**WITNESSES**
LAUREN FRONTZ - 1485039    6619 CREEKHEAD DR KNOXVILLE TN    VICTIM

Agency: KPD



# JUDGMENT

IT IS THE JUDGMENT OF THE COURT THAT:

___ The defendant is found guilty of the offense of _____

AND the defendant shall pay costs.
[ ] Execute on Costs.
___ Defendant is sentenced to be confined in the Knox County Detention Facility or equivalent institution for a period of _____

___ Defendant shall pay a fine of $_____
___ Defendant shall pay restitution of $_____
___ LIC. Taken in Court
___ LIC. REV.
___ Supervised probation thru the Knox County Probation Office. [ ] Until Restitution Paid.
___ The charge is dismissed.
___ The charge will be dismissed upon payment of costs by the defendant.
___ The defendant is bound to the Grand Jury pursuant to the attached record of Preliminary Examination.
Bond $_____
___ Diversion
___ Other: _Sing the dismissal_ _no longer mandated_

This the ____ day of _____
_[signature]_
Judge

SEP 14 2020

___ Defendant's probation is/is not revoked due to following conditions: _____

_____    _____
Judge     Date

---

# NO. @1366954
## STATE OF TENNESSEE
vs
TRISTIAN JAMES HALL (ALIAS) - IDN
1024723

[redacted]

Offense:
HARASSMENT, TCA Section 39-17-308,
CLASS A MISDEMEANOR

Co-Defendants: _____

Issued this 31st day of July, 2020.
**RETURN**
Came to hand and executed by arresting the defendant this ___ day of _____ SERVED BY AN OFFICER OF THE ___ am/pm

KPD KCSO THP UT    AUG 03 2020
KNOX COUNTY SHERIFF'S OFFICE

Case Setting:
08/17/20 (8)acc
8-31-20 /08 PH
9-18-20 M/PH
9-14-20 M/PH



Bail is set at: $2000    Appearance Conditions:
12 HOUR HOLD, CONDITIONAL RELEASE: A, B, C, H

Bail set this 31st day
of July, 2020.
_Sharon Frankenberg_
SHARON D FRANKENBERG, Magistrate

Atty. for Def. _R. Kurtz Patrick 8-17-2020_

Officer available court dates after: 08/28/2020

_____    _____
Date      Judge

---

# WAIVER OF ATTORNEY

I understand that I have the right to an attorney and that if I am indigent and cannot afford an attorney the Court will appoint an attorney to represent me. It is my desire to waive my right to an attorney in this case.

## WAIVER AND PLEA

I understand that I have the right to be tried in Criminal Court upon an indictment or presentment by the Grand Jury. I also have the right to a trial by jury. I desire to waive these rights and to be tried in General Sessions Court on this warrant.

I Plead _____ to the charge on this warrant.

_____
Signature

NOTICE: The Tennessee rules of the Criminal procedure provide that there is no appeal from a plea of guilty, except as to sentence.

Mackey & McClintock enhancement explained

The District Attorney General does not object to this case being tried in General Sessions Court.

___ This warrant is cancelled at the request of the District Attorney General.

_____
Signature

___ This warrant is amended to charge the offense of: _____

___ By agreement of the parties.

___ By motion of the STATE.

_____    _____
Date      Judge