



iMessage
Today 1:53 AM

You come anywhere near Lauren, her family, her exes, her exes family, my family, or myself, and I'll fucking kill you. I did 15 months in max. Don't test me.

Fucking psycho.

How's that GPS treating you? It's fun isn't it? You're probably hooked up right now.

The difference between you and me is I don't care about the consequences.

Hope you beat the charge. Good luck.

You send someone. I'll come for YOU.

Don't think you go harder than me bitch.

Just kidding. I won't kill you. Unless you enter our houses.



EXHIBIT B

  iMessage 

   





Just kidding. I won't kill you. Unless you enter our houses.



Have a great life. Hope it's filled with lots of money and girls.

Just not Lauren. She's too good for you.

Last note, all that shit you pulled on me I disclosed in the very beginning. She knew from day 1. No surprise.

You got a lot of options. You don't wanna go down this road.

Thanks for bringing her back into my life.



The sender is not in your contact list.
Report Junk

  iMessage 

