| ADDITIONAL NARRATIVE | REPORT NUMBER: 20-027994 |
| KNOXVILLE POLICE DEPT | RI# TN0470100 |

**NARRATIVE TITLE**
Report Narrative

**NARRATIVE**

Title: Report Narrative
On 07/30/2020 at 09:00 hours, Officer J.Lay (2036) received a call about Stalking at 6619 Creekhead Drive. Victim Lauren Frontz called to report her ex boyfriend Tristan Hall was stalking her. Victim stated she dated the suspect for two weeks and broke up after a short relationship. Victim stated the suspect continues to call from several different numbers and she has blocked all of them. Suspect has make contact with the victims ex husband tying to get information. Suspect has drove by the victims home several times and sent text asking about vehicles in her driveway. Victim is in fear the suspect will harm her or her property. Victim was advised on how to obtain an order of protection. Victim was issued a case number.

| REPORTING OFFICER | REVIEWING OFFICER | REVIEW DATE |



EXHIBIT C

Title: SUPPLEMENT

I, advocate M. Gaddis, spoke with the victim over the phone when she called the FJC on 07/30/2020. I discussed to the victim her options like filing for an OP and doing a property watch. Victim stated that she wanted to wait to file for an OP until she had better proof. We disucssed safety.

On 07/31/2020, I spoke with the victim when she called the SCU. I spoke with the victim around 9:45am. Victim stated that there had been another incident where she received an envelope, presumably from her ex-boyfriend. I assisted the victim with filing for an OP. I made a legal aid referral. Victim also spoke with Investigator Sakovich about pressing charges. Investigator Sakovich was able to place a harassment warrant. We discussed safety again.

TRISTAN AND I BROKE UP ON 07/21/2020, AFTER DATING FOR A COUPLE OF WEEKS. TRISTAN HAS CREATED FAKE NUMBERS TO CONTACT ME, I BLOCKED THEM, AND TRISTAN HAS GIVEN MY NUMBER TO OTHER PEOPLE AND THEY WOULD REACH OUT TO ME CLAIMING TO BE HIS FRIENDS OR GIRLFRIEND, WHICH I GOT A NUDE PHOTO FROM INDICATING THAT SHE WAS DATING TRISTAN. ON 07/26/2020 TRISTAN CONTACTED MY EX-BOYFRIEND THAT I DATED THREE YEARS AGO AT AROUND 5AM. TRISTAN WANTED INFORMATION ABOUT ME. TRISTAN OFFERED MY EX-BOYFRIEND $300 FOR INFORMATION ABOUT ME. TRISTAN THEN CONTACTED MY EX-HUSBAND FROM FIVE YEARS AGO AND WAS ASKING HIM QUESTIONS LIKE IF I HAD A HISTORY OF CHEATING AND QUESTIONS ABOUT MY PERSONALITY. TRISTAN PRETENDED TO BE A PRIVATE INVESTIGATOR TO MY EX-HUSBAND. I DO HAVE THIS ON RECORDING; MY EX-HUSBAND RECORDED THE CONVERSATION. I WENT OUT SATURDAY NIGHT, 07/25/2020. I WAS UNABLE TO DRIVE HOME SO A FRIEND DROVE ME. TRISTAN THEN TEXTED ME ON 07/28/2020 ABOUT THE TRUCK THAT WAS IN MY DRIVEWAY THE NIGHT I WENT OUT. I TOLD TRISTAN TO LEAVE ME ALONE. TRISTAN THEN TOLD ME HIS "ADVICE": NOT TO GO OUT TO ANY BARS FOR A LONG TIME AND THAT I NEED TO TELL HIM WHAT HE WANTED TO KNOW OR THINGS WOULD ESCALATE. LAST NIGHT ON 07/30/2020, SOMEONE WAS AT MY DOOR. I DID NOT ANSWER FOR TWO MIN. WHEN I WENT TO THE DOOR, BECAUSE THE PERSON WAS NOT LEAVING, THE PERSON AT THE WAS A LYFT DRIVER THAT SOME GUY HAD HIRED TO BRING ME A ENVELOPE. THE GUY DID NOT KNOW WHAT WAS GOING ON HE WAS JUST DELIVERED THE ENVELOPE. INSIDE THE ENVELOPE WERE TWO PICTURES OF ME AND MY EX FROM 2017 AND A LETTER, A PAGE FROM MY EX'S LINKED IN PAGE. I AM CONCERNED FOR MY SAFETY. TRISTAN'S EFFORTS TO CONTACT ME HAVE ESCALATED

REPORTING OFFICER: C607 GADDIS, MARISSA T
REVIEWING OFFICER:
REVIEW DATE:

Title: SUPPLEMENT

I, Investigator Sakovich, assisted Victim Advocate M. Gaddis with Lauren Frontz's case.

After reviewing all the available material that Lauren provided and establishing a timeline of events, I called and spoke to ADA W. Lane.

ADA Lane informed me that she did not believe we had Probable Cause for a Stalking warrant. Intead, we read through the text of the Harassment statute and found that we met the elements of the offense for that charge.

I placed a harassment charge on suspect, Tristan Hall, after concluding my interview with Lauren.

I made four seperate attempts to locate Tristan by going to his listed office, going to his home, having patrol try to intercept him at a restaurant, and having KCSO deputies go to his home later in the evening. All of the efforts failed.

I was informed by ADA Lane that Tristan later turned himself in.

Lauren has provided me with screen shots and pictures of communications that she both knows and suspects were from Tristan.

The case has been turned over to the DA's Office for prosecution.

REPORTING OFFICER
2045   SAKOVICH, SHAUN A

REVIEWING OFFICER

REVIEW DATE

Charge: Harassment 39-17-308

Defendant: Tristan James Hall 

Victim: Lauren Frontz 

KPD: Shaun Sakovich    IDN: 1074983

Narrative:

On 07-28-20 at about 12:26 PM at 6619 Creekhead Drive, victim, Lauren Fronte, was harassed when she received a text message from defendant/ex-boyfriend, Tristan Hall. Lauren reported that she was having a text conversation with Tristan when she told him, "Tristan we're not together i got a nude you're your new gf just move on and stop contacting me." Lauren reported that Tristan then sent her three text messages, which caused her emotional distress, and that she felt it was a threat to her safety. The text messages read; "Okay. I'll make this simple. I know he took the weekend off. I know it was him. And you either admit it or this will escalate. It is so fucked up that I just want you to admit it – it makes everything you fault- and then I'm done. Otherwise this will escalate." and "Hannah and everything else came after the truck! So just fucking admit it" and "Okay. I'm done. Fuck you. Here's my advice: do not go to any bar or restaurant in Knoxville for a long time. People hate you now. And it will get worse." This did happen in Knoxville, Knox County, TN. Citation not issued due to the likelihood the offense will continue.